HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00057-JLT |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| ADAN BARAJAS BEDAL, | |
| *Defendant.* | |

Defendant, Adan Barajas Bedal, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking a modification to a term of his supervised release.

Mr. Bedal is currently serving a 5-year term of supervised release that began on February 20, 2024. Mr. Bedal submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED:  June 30, 2025                        _____/s/ Peggy Sasso_____
                                                            PEGGY SASSO
                                                            First Assistant Federal Defender

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:    **June 30, 2025**                              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE