IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )      Case №: 1:24-CR-00057-1 JLT
                                     )
            Plaintiff,               )      **O R D E R**
                                     )      **APPOINTING COUNSEL**
       vs.                           )
                                     )
ADAM BARAJAS BEDAL,                  )
                                     )
            Defendant.               )
_____)

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Early Termination of his Term of Supervised Release after Remand from the Ninth Circuit of Appeals.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Devin J. Burstein, be appointed to represent the above defendant in this case effective *nunc pro tunc* to June 24, 2026.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **June 26, 2026**                    _____
                                              STANLEY A. BOONE
                                              United States Magistrate Judge

-1-